**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN RE: C.F.G., A MINOR                     :   No. 390 WAL 2018
                                           :
                                           :
PETITION OF: H.M.W.                        :   Petition for Allowance of Appeal from
                                           :   the Order of the Superior Court

## ORDER

**PER CURIAM**

      **AND NOW**, this 18th day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.